David SMITH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 353, 2016

Supreme Court of Delaware.

Submitted: July 22, 2016

Decided: July 27, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID No. 0304020115.

DISMISSED.

Benjamin WALLS, III, Defendant Below, Appellant,

v.

STATE Of Delaware, Plaintiff Below, Appellee.

No. 213, 2016

Supreme Court of Delaware.

Submitted: June 7, 2016

Decided: August 1, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID No. 0303007019.

AFFIRMED.

Marion HUNTER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 186, 2016

Supreme Court of Delaware.

Submitted: May 18, 2016

Decided: August 1, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1211023687

AFFIRMED.

Charles B. SANDERS, Defendant Below–Appellant,

v.

STATE Of Delaware, Plaintiff Below–Appellee.

No. 260, 2016

Supreme Court of Delaware.

Submitted: June 22, 2016

Decided: August 1, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID 9312012607.

AFFIRMED.